AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Barbara Lanning  Telephone: (313) 226-9103
Special Agent: ☐ Justin Henry  Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Filed: 07/03/2023
Time: 09:38:38 am
U.S. District Court
Eastern District of MI
Detroit

United States of America
v.
Laquintas Rushing

Case No.  Case: 2:23-mj-30277-1
Assigned To : Unassigned
Assign. Date : 07/03/2023

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 1, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Felon |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Justin Henry
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __July 3, 2023__

_Judge's signature_

City and state: __Detroit, MI__  David Grand, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Justin Henry being duly sworn, depose and state the following:

### I. INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, since May 2014. I am currently assigned to Detroit Group VII, investigating various federal firearm violations. Prior to being employed as a Special Agent, I was a Police Officer with the Wayne State University Police Department (WSUPD), for over six (6) years. During that time, I was assigned to an ATF Task Force and also assigned with the Wayne County Sheriff's Office Narcotics Enforcement Task Force (WCSONE). I am a graduate of the ATF Special Agent Basic Training Program and of the Oakland County Community College Police Academy. I have also earned a Master of Arts Degree in Criminal Justice from Wayne State University. During my employment with ATF, I have participated in numerous criminal investigations focused on firearms, armed drug trafficking violations and criminal street gangs.  I have also investigated violations of Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm.

2.   I make this affidavit from my personal knowledge based on my participation in this investigation, including interviews conducted by myself or other law enforcement agents, communications with others who have personal knowledge

of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does include all the information known to law enforcement related to this investigation.

3. ATF is currently conducting a criminal investigation concerning Laquintas RUSHING (DOB: XX/XX/1978) for violating 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II.   PROBABLE CAUSE

4. I reviewed records related to RUSHING's criminal history and learned the following:

   a. On March 23, 1995, RUSHING was charged with felony controlled substance – deliver or manufacture cocaine, heroin, or other narcotic, less than 50 grams in Detroit Recorder's Court. RUSHING pleaded guilty to a reduced count of felony attempt deliver or manufacture cocaine, heroin, or other narcotic, less than 50 grams. On July 11, 1995, he was sentenced to 5 years' probation;

   b. On August 13, 1997, RUSHING was charged with armed robbery, first degree home invasion, and felony firearm in

    Wayne County's Third Circuit Court. RUSHING pleaded guilty as charged and was sentenced to a combined total of 8 to 20 years' incarceration with the Michigan Department of Corrections;

 c. On February 10, 2013, RUSHING was charged with felony arson of a dwelling house, misdemeanor domestic violence, and misdemeanor child abuse in Wayne County's Third Circuit Court. RUSHING pleaded guilty to all three counts. On March 27, 2013, he was sentenced to 7 years and 3 months to 20 years' incarceration with the Michigan Department of Corrections. RUSHING was on parole supervision until July 2022.

 d. Based on my training and experience, Defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, based on the number of RUSHING's convictions and significant amount of time he has spent in prison as a result of those convictions, there is probable cause to believe that RUSHING is aware of his status as a convicted felon.

5. On July 1, 2023, at approximately 10:10 p.m., Detroit Police received a call for assistance reporting a crowd of more than 100 people gathered in front of a residence on Whithorn Street, in Detroit, Michigan. Responding officers observed

crowds of people and vehicles blocking Whithorn Street between Bradford and Drifton. The officers parked on Bradford at Whithorn walked down Whithorn to assist with crowd control and traffic management.

6.     One of the officers observed RUSHING walk past her with what appeared to be the handle of a handgun protruding from underneath his shirt on the right side of his hip. The officer asked RUSHING if he had a concealed carry permit for the weapon. RUSHING told the officer that he did, but that it was in his truck. The officer placed RUSHING in handcuffs and recovered a Taurus G2C handgun from RUSHING. The officer confirmed that RUSHING did not have a license to carry the Taurus and placed him under arrest.

7.     On July 2, 2023, I contacted ATF Interstate Nexus Expert, Special Agent Kevin Rambus, and provided information about the Taurus G2C handgun. SA Rambus concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## III. CONCLUSION

8. Probable cause exists to believe that Laquintas RUSHING knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g). This violation occurring within the Eastern District of Michigan.

_____
Justin Henry, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Honorable David Grand
United States Magistrate Judge

Dated: _July 3, 2023_